No. 647. THE BOARD OF COUNTY COMMISSIONERS OF FREEBORN COUNTY, MINN., PETITIONER, *v.* THE INTERSTATE DRAINAGE INVESTMENT COMPANY. April 27, 1908. Petition for a

writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Norman E. Peterson* for petitioner. *Mr. Thomas D. Healy* for respondent.